STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DWIGHT WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12 00637 PJH [KAW] |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER MODIFYING RELEASE CONDITIONS |
| vs. | ) | |
| DWIGHT WILLIAMS, | ) | |
| Defendant. | ) | |

    Dwight Williams is out of custody in this matter and residing at the Geocare halfway house facility in San Francisco, California. He is compliant with his release conditions, and, by recent order of this Court, is permitted to leave the facility for purposes of education and seeking employment. Mr Williams also wishes to attend Sunday church services.

    IT IS THEREFORE STIPULATED AND AGREED that the terms of Dwight Williams's release be modified such that, upon prior notice to Pretrial Services, he may leave the Geocare facility to attend Sunday church services. Mr Williams shall first provide Pretrial Services with the name and address of the church at which he wishes to worship, and shall continue to abide by existing conditions of his release, and such other conditions as Pretrial Services may deem

STIP/ORD      1

1 appropriate.

Dated: November 9, 2012

/s/
_____
RODNEY VILLAZOR
Assistant United States Attorney

Dated: November 9, 2012

/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: November 9, 2012

/s/
_____
GELAREH FARAHMAND
U.S. Pretrial Services Officer

Good cause appearing therefor, IT IS ORDERED that Dwight Williams's release conditions be modified such that, upon prior notice to Pretrial Services, he may leave the Geocare facility to attend Sunday church services. Mr Williams shall first provide Pretrial Services with the name and address of the church at which he wishes to worship, and shall continue to abide by existing conditions of his release, and such other conditions as Pretrial Services may deem appropriate.

Dated: November 13, 2012

_____
KANDIS A. WESTMORE
United States Magistrate Judge

STIP/ORD                                2