STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DWIGHT WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12 00637 PJH [KAW] |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MODIFYING RELEASE CONDITIONS |
| vs. | |
| DWIGHT WILLIAMS, | |
| Defendant. | |

    Dwight Williams is out of custody in this matter and residing at the Geocare halfway house facility in San Francisco, California.  He is compliant with his release conditions, and, by recent order of this Court, is permitted to leave the facility for purposes of education and seeking employment.  Mr Williams wishes to celebrate Thanksgiving with his family members at the home of his aunt in Berkeley, California.

    IT IS THEREFORE STIPULATED AND AGREED that the terms of Dwight Williams's release be modified such that he may leave the Geocare facility on Thursday, November 22, 2012, at noon, to celebrate Thanksgiving at the home of his aunt, Linda Dotson, located at 2128 Bonar Street, Apartment 2, Berkeley, California.  Mr Williams shall return to the Geocare

STIP/ORD                                               1

1  facility no later than 8:00 p.m. that evening. Mr Williams shall continue to abide by existing
2  conditions of his release, and such other conditions as Pretrial Services may deem appropriate.

3                                                            /s/
4  Dated: November 20, 2012        _____
                                    RODNEY VILLAZOR
5                                   Assistant United States Attorney

6                                                            /s/
7  Dated: November 20, 2012        _____
                                    JEROME E. MATTHEWS
8                                   Assistant Federal Public Defender

9                                                            /s/
10 Dated: November 20, 2012        _____
                                    GELAREH FARAHMAND
11                                  U.S. Pretrial Services Officer

12
13      Good cause appearing therefor, IT IS ORDERED that Dwight Williams's release
14 conditions be modified such that, upon prior notice to Pretrial Services, he may leave the
15 Geocare facility on Thursday, November 22, 2012, at noon, to celebrate Thanksgiving at the
16 home of his aunt, Linda Dotson, located at 2128 Bonar Street, Apartment 2, Berkeley,
17 California.  Mr Williams shall return to the Geocare facility no later than 8:00 p.m. that evening.
18 Mr Williams shall continue to abide by existing conditions of his release, and such other
19 conditions as Pretrial Services may deem appropriate.

20
21 Dated: November 20, 2012        _____
                                    KANDIS A. WESTMORE
22                                  United States Magistrate Judge

STIP/ORD                                    2