STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DWIGHT WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12 00637 PJH [KAW] |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MODIFYING RELEASE CONDITIONS |
| vs. | |
| DWIGHT WILLIAMS, | |
| Defendant. | |

    Dwight Williams is out of custody in this matter and residing at the Geocare halfway house facility in San Francisco, California. He is compliant with his release conditions, and, by recent order of this Court, is permitted to leave the facility for purposes of education and seeking employment. Mr Williams wishes to celebrate Christmas with his family members at the home of his aunt in Berkeley, California.

    IT IS THEREFORE STIPULATED AND AGREED that the terms of Dwight Williams's release be modified such that he may leave the Geocare facility on Tuesday, December 25, 2012, at noon, to celebrate Christmas at the home of his aunt, Linda Dotson, located at 2128 Bonar Street, Apartment 2, Berkeley, California. Mr Williams shall return to the Geocare facility no

STIP/ORD               1

later than 8:00 p.m. that evening. Mr Williams shall continue to abide by existing conditions of his release, and such other conditions as Pretrial Services may deem appropriate.

Dated: December 20, 2012

_____
RODNEY VILLAZOR
Assistant United States Attorney

Dated: December 20, 2012

_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: December 20, 2012

_____
GELAREH FARAHMAND
U.S. Pretrial Services Officer

Good cause appearing therefor, IT IS ORDERED that Dwight Williams's release conditions be modified such that, upon prior notice to Pretrial Services, he may leave the Geocare facility on Tuesday, December 25, 2012, at noon, to celebrate Christmas at the home of his aunt, Linda Dotson, located at 2128 Bonar Street, Apartment 2, Berkeley, California. Mr Williams shall return to the Geocare facility no later than 8:00 p.m. that evening. Mr Williams shall continue to abide by existing conditions of his release, and such other conditions as Pretrial Services may deem appropriate.

Dated: December 20, 2012                    _____
                                            KANDIS A. WESTMORE
                                            United States Magistrate Judge

STIP/ORD                                    2

STIP/ORD 3