1  STEVEN G. KALAR
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

Counsel for Defendant DWIGHT WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-12 00637 PJH [KAW] |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER DIRECTING DWIGHT WILLIAMS TO SURRENDER TO UNITED STATES MARSHAL |
| vs. | ) | |
| DWIGHT WILLIAMS, | ) | |
| Defendant. | ) | |

    Dwight Williams is out of custody in this matter and residing at the Geocare halfway house facility in San Francisco, California. In light of recent developments he wishes to surrender himself to the United States Marshal and begin service of his sentence, as set forth in the Judgment in this case entered on 8 March 2013.

    IT IS THEREFORE STIPULATED AND AGREED that Dwight Williams shall surrender himself to the United States Marshal no later than 12:00 p.m. on 21 March 2013. Mr Williams shall continue to abide by existing conditions of his release, and such other conditions as Pretrial Services may deem appropriate.

STIP/ORD                      1

Dated: 19 March 2013

/S/
_____
RODNEY VILLAZOR
Assistant United States Attorney

Dated: 19 March 2013

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Good cause appearing therefor, IT IS ORDERED that Dwight Williams shall surrender himself to the United States Marshal no later than 12:00 p.m. on 21 March 2013.  Prior to his surrender, Mr Williams shall continue to abide by existing conditions of his release, and such other conditions as Pretrial Services may deem appropriate.

Dated: March 20, 2012

_____
KANDIS A. WESTMORE
United States Magistrate Judge

STIP/ORD                                         2