UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

DWIGHT D. WILLIAMS,

    Defendant.

No. CR12-0637-PJH-1

ORDER OF REMAND

The defendant having appeared before the undersigned Magistrate Judge, failing to meet his burden to show by clear an convincing evidence that he's not a flight risk or that he's likely to comply with the conditions of his supervised release, the Court finds that there are no conditions or combination of conditions the Court can impose to mitigate against those risks.

THEREFORE, IT IS HEREBY ORDERED that the above-named defendant, is hereby remanded to the custody of the U.S. Marshal, immediately.

The matter is set for a hearing on May 2, 2018, at 1:30 p.m., before Judge Hamilton.

Dated: April 24, 2018

KANDIS A. WESTMORE
United States Magistrate Judge